BRETT L. TOLMAN, United States Attorney (#8821)
JOHN W. HUBER, Assistant United States Attorney (#7226)
Attorneys for the United States of America
185 South State Street, Suit 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT
2008 OCT 15 P 2:30
DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **INDICTMENT** |
| Plaintiff, | : | VIOS: 18 U.S.C. § 844 (e), Threat With Use of Explosives |
| vs. | : | |
| RAYMOND WHITE, | : | |
| Defendant. | | Case: 2:08-cr-00699<br>Assigned To : Stewart, Ted<br>Assign. Date : 10/15/2008<br>Description: USA v. |

The Grand Jury charges:

## COUNT I

(Threatening Communication With Use of Explosive 18 U.S.C. § 844(e))

On or about July 2, 2008, in the Central Division of the District of Utah,

**RAYMOND WHITE**,

the defendant herein, by means of an instrument of commerce, that is, the telephone, willfully threatened to kill, injure, and intimidate certain individuals, specifically employees and patients of the University of Utah Hospital, and threatened to unlawfully

1

damage and destroy a building, the University of Utah Hospital, by means of fire and explosives; all in violation of Title 18 U.S.C. §§ 844 (e).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

JOHN W. HUBER
Assistant United States Attorney